IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID E. EDWARDS,                         No. CIV S-08-0620-JAM-CMK-P

      Plaintiff,

  vs.                                              ORDER

C.S.P. – SOLANO, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's first amended complaint (Doc. 13). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

      Plaintiff's claims are summarized in the accompanying findings and recommendations and will not be repeated here. The first amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot

proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on the following defendant(s):

    SISTO,

    SINGH,

    PECK,

    FERGUSON, and

    CLAY;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the first amended complaint; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Five completed USM-285 form(s); and

    d. Six copies of the endorsed first amended complaint.

DATED: May 4, 2009

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | **IN THE UNITED STATES DISTRICT COURT** |
| 6 | **FOR THE EASTERN DISTRICT OF CALIFORNIA** |
| 7 | |

DAVID E. EDWARDS,                        No. CIV S-08-0620-JAM-CMK-P

        Plaintiff,

    vs.

C.S.P. – SOLANO, et al.,

        Defendants.

_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order:

        <u> 1 </u>      completed summons form;

        <u>    </u>      completed USM-285 form(s); and

        <u>    </u>      copies of the first amended complaint.

DATED: _____

                                                         Plaintiff