IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID E. EDWARDS,   No. CIV S-08-0620 JAM CMK P

    Plaintiff,

  vs.   <u>ORDER</u>

C.S.P. - SOLANO, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed May 5, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On May 22, 2009, plaintiff submitted the correct number of documents but failed to supply addresses for the defendants on the summons and USM-285 forms.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff five USM-285 forms, an instruction sheet and a blank summons; and

1

2. Within thirty days, plaintiff shall submit to the court the properly completed USM-285 forms and summons required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: May 29, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID E. EDWARDS,              No. CIV S-08-0620 JAM CMK P

    Plaintiff,

vs.

C.S.P. - SOLANO, et al.,

    Defendants.

                                   /

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order:

    <u>  1  </u>    completed summons form; and

    <u>     </u>    completed USM-285 form(s).

DATED: _____                              _____

                                                                     Plaintiff