IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS, | No. CIV S-08-0620-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CSP SOLANO, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a stay of proceedings (Doc. 20). Plaintiff seeks a stay pending resolution of his appeal of the court's October 27, 2008, order denying counsel and class certification. Because that appeal was dismissed by the Ninth Circuit on January 26, 2009, for lack of jurisdiction, and because the mandate has issued, plaintiff's motion is denied as moot.

      IT IS SO ORDERED.

DATED: June 11, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1