IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. EDWARDS, | No. CIV S-08-0620-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CSP SOLANO, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c). This case shall, therefore, be reassigned to the Magistrate Judge for all further proceedings and entry of final judgment.

   Accordingly, IT IS ORDERED that:

   1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

///

///

1

2.  The caption on all documents filed in the reassigned case shall show case number CIV S-08-0620-CMK-P.

DATED:  March 15, 2010

                        /s/ John A. Mendez
                        UNITED STATES DISTRICT JUDGE

I am the United States Magistrate Judge currently assigned to this case.  I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

DATED:  March 15, 2010

                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE