1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DAVID E. EDWARDS,                         No. CIV S-08-0620-CMK-P

12              Plaintiff,

13        vs.                                  ORDER

14   CSP SOLANO, et al.,

15              Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pursuant to the written consent of all parties, this case is before the

19   undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28

20   U.S.C. § 636(c).

21          Pending before the court is Plaintiff's request to join/relate this case to another

22   inmate's case, James E. Edwards v. Warden Sisto, et al., case number 09cv3246-GGH.  Plaintiff

23   has also filed a motion to join James E. Edwards as a plaintiff in this case.  Plaintiff requests

24   these cases be related/joined as the plaintiffs are related (father and son), the claims arise out of

25   the same occurrence, and involve similar questions of law or fact.

26   / / /

                                    1

1    Eastern District of California Local Rule 123 allows the court to relate cases

2  where the actions involve the same parities and are based on the same or similar claims, involve

3  the same property, transaction or event, or involve similar questions of fact or law.

4    A review of this issue reveals that James E. Edwards has voluntarily dismissed his

5  separate action, 09cv3246-GGH.  He notified the court of his intention to join as a plaintiff in

6  this action, which the court interpreted as a request to voluntarily dismiss the separate action.  As

7  interpreted, his request was granted.  Case 09cv3246-GGH has therefore been closed, and the

8  court is unable to related them.

9    Instead, Plaintiff in this action filed a "motion to join as plaintiff" pursuant to

10 Federal Rule of Civil Procedure 24.  Rule 24(a) requires the court to permit anyone to intervene

11 in a case who:

12        (1) is given an unconditional right to intervene by a federal statute;
          or (2) claims an interest relating to the property or transaction that
13        is the subject of the action, and is so situated that disposing of the
          action may as a practical matter impair or impede the movant's
14        ability to protect its interest, unless existing parties adequately
          represent that interests.

15

16 There is no indication in this case that such intervention as of right is appropriate.

17    Under Rule 24(b)(1), however, the court *may* permit anyone to intervene who:

18 "(A) is given a conditional right to intervene by a federal statute; or (B) has a claim or defense

19 that share with the main action a common question of law or fact."  It appears to the court that

20 the current request is pursuant to Rule 24(b)(1)(B), permissive intervention.

21    In this instance, however, both plaintiffs are state prisoners proceeding pro se with

22 civil rights actions pursuant to 42 U.S.C. § 1983.  In this court's experience, an action brought by

23 multiple inmate plaintiffs proceeding pro se presents procedural problems that cause delay and

24 confusion.  Delay often arises from the frequent transfer of inmates to other facilities or

25 institutions, the changes in address that occur when inmates are released to parole, and the

26 difficulties faced by inmates who attempt to communicate with each other and with

2

1  unincarcerated individuals.

2          The court therefore finds it inappropriate to allow James E. Edwards to join this

3  case as a co-plaintiff.  James E. Edwards voluntarily dismissed his action pursuant to Rule 41(a),

4  and specifically requested the dismissal be without prejudice.  He may therefore proceed with his

5  claim in his own action.

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.       Plaintiff's request to relate this case to 09cv3246-GGH (Doc. 40) is

8  denied; and

9          2.       Plaintiff's request to allow James E. Edwards to intervene as a co-plaintiff

10  in this action (Doc. 44) is denied.

11

12   DATED:  March 17, 2010

13

14                                              _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26