IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID E. EDWARDS,                              No. CIV S-08-0620-CMK-P

       Plaintiff,

  vs.                                                            ORDER

CSP SOLANO, et al.,

       Defendants.

                             /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). This matter has now been at issue for sufficient time that it may be ready to be set for trial.[1] The parties shall therefore each submit to the court and serve by mail on all other parties a report on the status of this case. The report must address the following:

        1.     Whether this matter is ready for trial and, if not, why not;

        2.     Whether additional discovery is deemed necessary and, if so, the nature and scope of the discovery and the time needed in which to complete it;

        3.     Whether a pretrial motion is contemplated and, if so, the type of motion

---

[1] The deadline for filing dispositive motions was January 6, 2011. No dispositive motions have been filed.

1

and the time needed to file the motion and complete the time schedule set forth in Local Rule 230(m);

      4.     A narrative statement of the facts that will be offered by oral or documentary evidence at trial;

      5.     A list of all exhibits to be offered into evidence at the trial of the case;

      6.     A list of the names and addresses of all witnesses the party intends to call;

      7.     A summary of the anticipated testimony of any incarcerated witnesses;

      8.     The time estimated for trial;

      9.     Whether either party still requests trial by jury; and

      10.    Any other matter, not covered above, which the party desires to call to the attention of the court.

The parties are warned that failure to file a status report which addresses the issues set forth above may result in the imposition of appropriate sanctions, including dismissal of the action or preclusion of issues or witnesses. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

      1.     Plaintiff's status report shall be filed and served within 30 days from the date of service of this order; and

      2.     Defendants' status report shall be filed within 30 days after service of plaintiff's status report.

DATED: January 18, 2011

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE